IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LAMONT MCLEOD,** | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * |
| | *   Case No. 1:21-CV-3502-LMM |
| **FRIS CHKN, LLC,** | * |
| | * |
| DEFENDANT. | * |
| | * |

## NOTICE OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 24th day of May, 2022.

| | |
|---|---|
| __/s/ *Julie McCollister*_____ | __/s/ *C. Joseph Hoffman*_____ |
| Counsel for Plaintiff | Counsel for Defendant |
| Julie McCollister | C. Joseph Hoffman |
| McCollister Law, LLC | Kitchens Kelley Gaynes, P.C. |
| P.O. Box 2525 | Glenridge Highlands One – Suite 800 |
| Blairsville, GA 30514 | 5555 Glenridge Connector |
| jbmccollister@gmail.com | Atlanta, GA  30342 |
| | jhoffman@kkgpc.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2022, I electronically filed the foregoing Notice of Dismissal with the Clerk of District Court, Northern District of Georgia, via the Court Clerk's CM/ECF system, resulting in a true and correct copy of the same to be delivered to the following:

C. Joseph Hoffman
Kitchens Kelley Gaynes, P.C.
Glenridge Highlands One
5555 Glenridge Connector, Suite 800
Atlanta, GA 30342
jhoffman@kkgpc.com


*/s/ Julie McCollister*
Julie McCollister


CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

_/s/ *Julie McCollister*_____
Julie McCollister